YELLOW CAB COMPANY ET AL. *v.* GREATER HARTFORD TRANSIT DISTRICT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 27 Conn. App. 920, is denied.

*Julia Morris Paul,* in support of the petition.

*Glenn E. Brace* and *M. Katherine Bertini,* in opposition.

Decided September 17, 1992

PATRICIA KANE *v.* JAMES D. PARRY

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 923, is granted, limited to the following question:

"Where the husband's purported IRS debt of $25,000 was divided equitably at trial, but subsequently revealed to be $191,030.43, is it error for the court to refuse to open the judgment after (a) finding mutual mistake and (b) leaving the wife with substantial debts and the husband with substantial assets?"

*Patricia Kane,* pro se, in support of the petition.

*Sperry A. DeCew,* in opposition.

Decided September 17, 1992

NANCY ZAREMBSKI ET AL. *v.* LESLIE B. WARREN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 28 Conn. App. 1, is denied.

BERDON, J., dissenting. I would grant the plaintiffs' petition for certification.

*George W. Ganim, Jr.,* in support of the petition.

*Ronald D. Williams,* in opposition.

Decided September 17, 1992